UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND HUBBARD,<br><br>                    Plaintiff,<br><br>        v.<br><br>ACCEL SCHOOLS LLC et al.,<br><br>                    Defendants. | CASE NO. 2:24-cv-01127-TL<br><br>REQUEST FOR BRIEFING |

    This matter comes before the Court *sua sponte*. The Court notes that two similar cases in this Court, *Branson v. Washington Fine Wine & Spirits, LLC* and *Kent v. Tech Mahindra (Americas) Inc.* have been stayed pending the disposition of a certified question to the Washington Supreme Court in *Branson*. *See Branson v. Wash. Fine Wine & Spirits, LLC*, No. C24-589, 2024 WL 4510680, at *2 (W.D. Wash. Aug. 20, 2024); *Kent v. Tech Mahindra (Americas) Inc.*, No. C24-1168, Dkt. No. 26 at *6 (W.D. Wash. Nov. 18, 2024). On October 10, 2024, the Washington Supreme Court accepted the certified question for consideration. No. 103394-0, 557 P.3d 253 (Wash.). Oral argument has not yet been scheduled. The certified question is:

> What must a Plaintiff prove to be deemed a "job applicant" within the meaning of RCW 49.58.110(4)? For example, must they prove that they are a "bona fide" applicant?

*Branson*, 2024 WL 4510680, at *1; *see also Branson*, 557 P.3d at 254. The Court believes that the certified question before the state supreme court poses the same question as raised in this case.

Therefore, the Court ORDERS the Parties to submit a joint brief stating their respective positions on whether this case should be stayed pending the Washington Supreme Court's disposition of the certified question now before it in *Branson v. Washington Fine Wines & Spirits*. The joint brief SHALL be filed no later than **November 25, 2024.**

Dated this 19th day of November 2024.

Tana Lin
United States District Judge