UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND HUBBARD,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>ACCEL SCHOOLS LLC et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 2:24-cv-01127-TL<br><br>ORDER ON PARTIES' JOINT STATEMENT REGARDING STAY |

This matter comes before the Court on the Parties' Joint Statement Regarding Stay. Dkt. No. 28. The Court, having considered the Parties' Statement and the pleadings and other papers presently on file with the Court, hereby ORDERS as follows:

1. The Court STAYS this matter pending the Washington Supreme Court's consideration of the question certified in in *Branson v. Washington Fine Wines & Spirits LLC,* No. C24-589, 2024 WL 4510680, at *1 (W.D. Wash. Aug. 20, 2024).

2. The Court STRIKES all pending motions and deadlines. The Clerk is DIRECTED to terminate the pending Motion to Remand (Dkt. No. 20). Plaintiff may refile the Motion to Remand once the stay is lifted, if appropriate.

3. The parties SHALL submit a joint status report that includes a proposed schedule for the remainder of the case **within fourteen (14) days** of the entry of the mandate following the Supreme Court's decision in *Branson v. Washington Fine Wines & Spirits.*

Dated this 25th day of November 2024.

Tana Lin
United States District Judge